# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

NOV 0 6 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

KYLE CHRISTOPHER SIMMONS,

                Defendant.

Case No.  17CR2424-CAB

JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION,
EXONERATE BOND AND
RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated:  11/6/2018

Hon. Mitchell D. Dembin
United States Magistrate Judge